IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLO S.,[1]

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 6:17-cv-01778-SB

ORDER

HERNÁNDEZ, District Judge:

        Magistrate Judge Beckerman issued a Findings and Recommendation [21] on January 30, 2019, in which she recommends that the Court reverse the Commissioner's decision and remand this case for an award of benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [21]. Accordingly, the Commissioner's decision is REVERSED and REMANDED for an immediate payment of benefits.

IT IS SO ORDERED.

DATED this 29 day of March, 2019

_____
MARCO A. HERNÁNDEZ
United States District Judge